Case 3:20-cr-03017-WQH   Document 94   Filed 01/23/25   PageID.223   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 20cr3017-WQH |
| ARACELI LERMA ) | USM No: |
| ) | |
| Date of Original Judgment: 03/08/2023 ) | |
| Date of Previous Amended Judgment: ) | |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant moves for a reduced sentence as a result of the U.S. Sentencing Commission's retroactive amendment to USSG § 4A1.1(e), because of the amendment to the "status points" provision. (See ECF No. 88 at 2.) Although Defendant was found to be a career offender under the guidelines based on her two prior "scoring" drug felony convictions, Defendant did not receive any status points pursuant to § 4A1.1(e) at sentencing. (See PSR ¶¶ 55-59.) Because Defendant was not "sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission," she is ineligible for a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(2). Even if the Court had the discretion to grant Defendant's motion, the Court would decline to reduce Defendant's sentence despite Defendant's commendable rehabilitation efforts in custody because the Court finds that the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense under 18 U.S.C. §3553(a) continues to support the 63-month custodial sentence imposed. The Motion for Reduction in Sentence is denied. (ECF No. 88.)

Except as otherwise provided, all provisions of the judgment dated   03/08/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   1/23/25

*Judge's signature*

Effective Date: _____    Hon. William Q. Hayes, U.S. District Judge
*(if different from order date)*    *Printed name and title*